181 So. 921

**Elnora LOVEJOY v. STATE.**
**6 Div. 282.**

Court of Appeals of Alabama.
May 17, 1938.

.A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 924

**Dewey LUCAS v. STATE.**
**4 Div. 333.**

Court of Appeals of Alabama.
Jan. 18, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

178 So. 924

**Gene LUCAS v. STATE.**
**7 Div. 334.**

Court of Appeals of Alabama.
Jan. 18, 1938.

SAMFORD, Judge.
Appeal dismissed.

178 So. 925

**Jasper LUCAS v. STATE.**
**7 Div. 338.**

Court of Appeals of Alabama.
Jan. 18, 1938.

RICE, Judge.
Appeal dismissed.

180 So. 900

**Ed LYNCH v. CITY OF DEMOPOLIS.**
**2 Div. 626.**

Court of Appeals of Alabama.
March 24, 1938.

PER CURIAM.
Appeal dismissed for want of prosecution.

185 So. 924

**Olin McBRIDE v. STATE.**
**8 Div. 732.**

Court of Appeals of Alabama.
Nov. 1, 1938.

J. G. Rankin, of Athens, for appellant.
A. A. Carmichael, Atty. Gen., and Effie Crittenden, Asst. Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.